IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY, | 1:13-cv-00995-SKO (PC) |
| Plaintiff, | ORDER TO FILE IN FORMA PAUPERIS APPLICATION ON FORM PROVIDED WITH ORDER |
| vs. | |
| S. CACCIOLA, et al, | (Doc. 2) |
| Defendants. | FORTY-FIVE DAY DEADLINE |
| _____ / | |

    Plaintiff, a state prisoner proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983 on June 28, 2013.  Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but the form he used does not include the requisite language acknowledging the fee will be deducted in increments from his trust account if funds are available.  Therefore, Plaintiff shall sign and file the application form provided with this order.  Plaintiff does not need to have the trust account officer complete the certification or submit a trust account statement.  The application form he filed on June 28, 2013, is sufficient with respect to those requirements.

    Accordingly, IT IS HEREBY ORDERED that:

1.    The Clerk's Office shall send Plaintiff the form for application to proceed in forma pauperis used by this court;

///

-1-

2. Within **forty-five (45) days** of the date of service of this order, Plaintiff shall sign and file the application to proceed in forma pauperis; and

3. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   July 2, 2013            /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE