# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH L. MCCOY, | Case No. 1:13-cv-00995-LJO-SKO (PC) |
| Plaintiff, | ORDER ASSIGNING ACTION TO THE UNITED STATES MAGISTRATE JUDGE PURSUANT TO APPENDIX A(K)(4) OF THE LOCAL RULES |
| v. | |
| S. CACCIOLA, et al., | (Doc. 27) |
| Defendants. | |
| _____/ | |

Plaintiff LaKeith L. McCoy, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 28, 2013. Plaintiff consented to Magistrate Judge jurisdiction on July 11, 2014, and no other party has appeared in the action. Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, this action shall be assigned to the United States Magistrate Judge to conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

Accordingly, it is HEREBY ORDERED that:

1. This action is assigned to the United States Magistrate Judge for all purposes within the meaning of 28 U.S.C. § 636(c);

2. The Clerk of the Court is directed to assign this action in its entirety to the United States Magistrate Judge; and

3. The new case number shall be 1:13-cv-00995-SKO (PC).

IT IS SO ORDERED.

Dated:   **September 25, 2014**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE